IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Q3 NETWORKING LLC, | ) | + |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 20-1264-RGA |
| NETGEAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO STAY**

WHEREAS, Defendant Netgear, Inc. has moved the Court to stay this action until International Trade Commission ("ITC") Inv. No. 337-TA-1227 becomes final.

WHEREAS, a stay is required as to the asserted patents pursuant to 28 U.S.C. § 1659; and

WHEREAS, Plaintiff does not oppose Defendant's motion to stay this action;

IT IS HEREBY ORDERED THAT:

1. This action is stayed pending final resolution of all claims and defenses before the ITC in Inv. No. 337-TA-1227, including any initial and final determinations of the Administrative Law Judge, the International Trade Commission, and appeals therefrom; and

2. Following the expiration of the stay, the parties shall confer with each other and contact the Court for purposes of entry of a Scheduling Order.

SO ORDERED this  10  day of November 2020.

/s/ Richard G. Andrews
United States District Judge